FILED

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0577

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                                                    O R D E R

RUSSELL KORTAN,

     Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the opening brief of Russell Kortan, electronically filed on February 18, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1) requires the brief contain certain sections under appropriate headings and in the order indicated in Rule 12. Specifically, M. R. App. P. (12)(1)(c) requires a statement of the case that shall briefly indicate the nature of the case and its procedural disposition below while M. R. App. P. 12(1)(d) separately requires a statement of facts relevant to the issues presented for review. The sections of Appellant's brief do not meet the requirements of M. R. App. P. 12(1).

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary of the argument should include a heading identifying it as a separate section. The summary should be a clear and concise statement of the arguments made in the body of the brief. Appellant's brief does not include a summary of the argument.

M. R. App. P. 12(1)(i) requires an appendix to include its own table of contents. The appendix of Appellant's brief does not contain its own table of contents.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court this brief containing the revisions necessary to comply with the specified Rules and that Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Appellant and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 18 2022